IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

David James,                                    )
                                                )       C.A. No. 8:11-cv-00173-JMC
                        Petitioner,             )
                                                )
          v.                                    )       **ORDER**
                                                )
                                                )
South Carolina Department of Corrections,       )
                                                )
                        Respondent.             )
_____ )

David James ("Petitioner"), a *pro se* state prisoner at Broad River Correctional Institution,

filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Plaintiff is seeking habeas

relief from his July 16, 2002, convictions in Richland County for the offenses of criminal sexual

conduct first degree, taking hostages, and knowingly exposing others to human immunodeficiency

virus.  The Magistrate Judge's Report and Recommendation [Doc. # 9], filed on February 15, 2011,

recommends that the Court dismiss the Complaint in the above-captioned case without prejudice and

without issuance and service of process.  The Report and Recommendation sets forth in detail the

relevant facts and legal standards on this matter, and the court incorporates the Magistrate Judge's

Report herein without a recitation.

The Magistrate Judge's Report and Recommendation is made in accordance with 28 U.S.C.

§ 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.  The Magistrate Judge

makes only a recommendation to this court.  The recommendation has no presumptive weight. The

responsibility to make a final determination remains with this court.  *See Mathews v. Weber*, 423

U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those

portions of the Report and Recommendation to which specific objections are made, and the court

may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

Plaintiff was advised of his right to file objections to the Report and Recommendation [Doc. # 9 at 6]. However, Plaintiff filed no objections to the Report and Recommendation.

In the absence of objections to the Magistrate Judge's Report and Recommendation, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report and Recommendation results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation [Doc. # 9] and incorporates it herein. It is therefore **ORDERED** that the petition for a writ of habeas corpus in the above-captioned case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

s/ J. Michelle Childs
United States District Judge

Greenville, South Carolina
April 6, 2011

2